# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0197. CHERIE SMITH v. GREGORY MILLER et al.

After due consideration, we hereby DENY Cherie Smith's emergency motion for writ of prohibition and stay of a trial court proceedings.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/20/2026*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*